ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Ariae Koh General Maintenance & Construction Co. | ) ASBCA No. 61599 |
| | ) |
| Under Contract No. W91B4M-09-C-7073 | ) |

APPEARANCE FOR THE APPELLANT:              Mr. Ain - Jalili
                                                                         Owner/General Manager

APPEARANCES FOR THE GOVERNMENT:        Raymond M. Saunders, Esq.
                                                                          Army Chief Trial Attorney
                                                                          MAJ Stephen P. Smith, JA
                                                                          Trial Attorney

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: October 9, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61599, Appeal of Ariae Koh General Maintenance & Construction Co., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals